# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL ACTION NO.** |
| **v.** | § | |
| | § | **4:15-CR-151-O** |
| **CHARLES DEEDS,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

Defendant filed a discovery motion.  *See* ECF No. 241.  Because it appears Defendant has not followed the procedure set out in paragraph 3 of the trial scheduling order (ECF Nos. 38, 99), Defendant's motion is denied without prejudice.

SO ORDERED this 4th day of August, 2015.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**